UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-10

--------------------------------------------------------x

J R J Enterprises Inc

Plaintiff(s),

- against -

M/V Liszt, et al.

Defendant(s).

--------------------------------------------------------x

09 Civ. 09622 (PKC)

ORDER FOLLOWING PRETRIAL CONFERENCE

*attended solely by plaintiff's counsel*

As result of a pretrial conference held before the Court today, the following is ORDERED:

1. By ~~Dole Food Company, on plaintiff's application, is dismissed without prejudice~~ _____, 201_, _____ shall _____

2. By _____, 201_, Plaintiff shall proceed to take a default against COMEXICA within 45 days. If the default application is not made by then, the action will be dismissed without prejudice.

3. By _____, 201_, _____ shall _____

4.

5.

6. The next Case Management Conference [the ~~Final~~ Pretrial Conference] will be held on _____ at _____ ~~am/pm.~~ Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
2-19-2010